THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 John Lewis Mills, Appellant.
 
 
 

Appeal From Greenville County
 D. Garrison Hill, Circuit Court Judge

Unpublished Opinion No. 2009-UP-009
 Submitted January 2, 2009  Filed January
8, 2009    

AFFIRMED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Assistant Attorney General Julie M. Thames, all of Columbia; and Solicitor
 Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  John Lewis
 Mills appeals his conviction and sentence for armed robbery.  Mills argues the
 trial court erred by admitting inculpatory statements made during plea
 negotiations.  Mills also maintains his inculpatory statements were obtained in
 violation of his constitutional right against self incrimination and right to
 counsel.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities: State v. Pagan,
 369 S.C. 201, 208, 631 S.E.2d 262, 265 (2006) (finding admission of
 evidence is within the discretion of the trial court and will not be reversed
 absent an abuse of discretion); State
 v. Compton, 366 S.C. 671, 679-80, 623 S.E.2d 661, 665 (Ct. App. 2005)
 (finding statements made by defendant, with his attorney present, during a discussion
 with police officers and solicitor admissible because they were not the type
 excluded by Rule 410, SCRE).  
AFFIRMED.
Huff, Thomas, and Lockemy, JJ., concur. 

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.